AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 8 2000

JAMES W McCORMACK, CLERK
By: _____
DEP. CLERK

KRISTIN MADDOX

v.

AMERICAN AIRLINES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:00CV00135

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. on 8/24/2000

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT PLAINTIFF KRISTIN MADDOX RECOVER OF THE DEFENDANT AMERICAN AIRLINES, DAMAGES IN THE AMOUNT OF $11,015,000.00.

THIS JUDGMENT SHALL BEAR INTEREST THEREON AT THE LEGAL RATE OF 6.375 % AS PROVIDED BY LAW UNTIL PAID.

Costs are hereby assessed against defendant.

HENRY WOODS, U. S. DISTRICT JUDGE

8-28-00
Date

James W. McCormack
Clerk

(By) Deputy Clerk

HIS DOCUMENT ENTERED ON DOCKET SHEET IN
COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
N  8-28-00   BY _____