AO 450 (Rev. 5/85) Judgment in a Civil Case



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 26 2000

JAMES W. McCORMACK CLERK

By: _____ DEP. CLERK

# United States District Court
## Eastern District of Arkansas

KRISTIN MADDOX

v.

AMERICAN AIRLINES, INC.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:00CV00135

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. **on 8/24/00**

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

PLAINTIFF SHALL RECOVER FROM DEFENDANT DAMAGES IN THE AMOUNT OF $10,876,495.07 WITH INTEREST THEREON AT THE LEGAL RATE OF 6.375% AS OF AUGUST 28, 2000. COSTS ARE HEREBY ASSESSED AGAINST DEFENDANT.

9-26-00
Date

JAMES W. McCORMACK
Clerk

(By) Deputy Clerk

THIS DOCUMENT ENTERED ON DOCKET SHEET IN COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP
ON 9-26-00 BY _____