IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 24 2003
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

|  |  |
|---|---|
| IN RE AIR DISASTER AT<br>LITTLE ROCK, ARKANSAS<br>ON JUNE 1, 1999 | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 1308<br><br>99 CV 1308<br>Hon. G. Thomas Eisele<br><br>THIS PLEADING RELATES TO:<br>Kristin Maddox<br><br>No. 4:00CV00135 GTE |

## SATISFACTION OF JUDGMENT

The Second Amended Judgment entered in this cause on November 6, 2002 in favor of Plaintiff, in the total sum of $10,880,547.00 plus interest and costs, is satisfied in full this 7th day of April, 2003, and the Clerk of the Court, and any deputy, is authorized to enter this Satisfaction of Judgment on behalf of the Plaintiff and her attorneys.

_____
Robert Bodoin
Bodoin, Burnside & Burge, P.C.
6115 Camp Bowie Blvd., Suite 290
Fort Worth, TX 76116
(817) 377-1654

ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

On this 21st day of April, 2003, a copy of the foregoing was mailed to:

D. Keith Fortner
Barber, McCaskill, Jones & Hale, P.A.
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414

_____
Robert Bodoin